UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



CHRISTINA CHENNAULT,
as guardian and personal representative for
Lajune S. Brunson, Incapacitated

Plaintiff,

v.

MICHELLE B. MITCHELL, *et al.*,

Defendants.

Civil Action No. 3:12–CV–514

## FINAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Chennault's objections (ECF No. 11) and ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 9) GRANTING Defendants' Motion to Dismiss (ECF No. 3) and DISMISSING this action WITH PREJUDICE.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
United States District Judge

ENTERED this 7th day of February 2013.